William H. Wilson, appellee, v. Henry Raeder, appellant. Gen. No. 32,721.

Opinion filed June 25, 1928. Rehearing denied July 9, 1928.

Leesman, Roemer & Schnell and Haight, Adcock & Banning, for appellant. Winston, Strawn & Shaw, for appellee; Harold Beacom and George T. Evans, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.